IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04-00186 |
| | ) | Judge Trauger |
| | ) | |
| BRETT FITZGERALD GOOCH | ) | |

## **O R D E R**

It is hereby **ORDERED** that the continuation of the revocation hearing scheduled for February 1, 2013 is **RESET** for Tuesday, January 29, 2013 at 2:30 p.m.

It is so **ORDERED**.

ENTER this 11th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge